**Electronically Filed
Supreme Court
SCWC-15-0000632
14-NOV-2019
07:59 AM**

SCWC-15-0000632

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE
TRUST AGREEMENT DATED JUNE 6, 1974, AS AMENDED

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000409; CAAP-15-0000414,
CAAP-15-0000576, CAAP-15-0000598, CAAP-15-0000632;
TRUST NOS. 14-1-0019 and 14-1-0097)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakayama, Acting C.J., Pollack, and Wilson, JJ.,
Circuit Judge Ashford, in place of Recktenwald, C.J., recused,
and Circuit Judge Toʻotoʻo, in place of McKenna, J., recused)

Upon consideration of Petitioners/Respondents-

Appellants Michael David Bruser and Lynn Bruser's motion for

partial reconsideration of the court's October 24, 2019, opinion

and the record herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, November 14, 2019.

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ James H. Ashford

/s/ Faʻauuga Toʻotoʻo

